Adam Brezine (CA State Bar No. 220852)
adam.brezine@hro.com
Katherine Keating (CA State Bar No. 217908)
adam.brezine@hro.com
Holme Roberts & Owen LLP
800 W. Olympic Boulevard, 4th Floor
Los Angeles, CA 90015
Telephone:  (213) 572-4300
Facsimile:   (213) 572-4400

Attorneys for Plaintiff
PERIO, INC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| Perio, Inc.<br><br>                    Plaintiff,<br><br>        v.<br><br>99¢ Only Stores<br><br>                    Defendant. | CASE NO. CV10-00680-ODW(RC)<br><br>**COMPLAINT FOR TRADEMARK INFRINGEMENT, FALSE DESIGNATION OF ORIGIN, PASSING OFF AND UNFAIR COMPETITION** |

Plaintiff Perio, Inc. ("Perio"), for its complaint against defendant 99¢ Only Stores ("Defendant") states as follows:

Nature of the Case

1.     This is an action for unfair competition, false designation of origin, passing off and infringement of trade dress and common law trademarks under the Lanham Act, 15 U.S.C. § 1125(a) relating to the highly distinctive and well-known trade dress for Barbasol® shaving cream (the "Barbasol Trade Dress").

1

2.      Plaintiff Perio is a corporation organized under the laws of the State of Ohio, with its principal place of business at 6156 Wilcox Road, Dublin, Ohio 43016.

3.      Perio is an emerging leader in the shave industry and dedicates itself to producing only the highest quality products.

4.      Perio owns the Barbasol Trade Dress and distributes the world-famous Barbasol shaving cream throughout the United States.

5.      Upon information and belief, Defendant is a corporation organized under the laws of the State of California, with its principal place of business at 4000 East Union Pacific Avenue, City of Commerce, California 90023.

6.      According to Defendant's website, located at www.99only.com, Defendant operates over 270 stores in Texas, California, Nevada and Arizona.

7.      This court has jurisdiction over this matter under 15 U.S.C. § 1121(a) and 28 U.S.C. § 1338. Venue is proper in this Court under 28 U.S.C. § 1391(b), as Defendant resides within this judicial district.

## THE BARBASOL MARK AND TRADE DRESS

8.      In 1919, Professor Frank Shields succeeded in creating a shaving cream that did not have to be worked into a lather.  When he dubbed the new shaving cream "Barbasol" an iconic American brand was born.

9.      In the mid 1950's, Barbasol became available in aerosol cans.  The can design mimicked the stripes of a barber's pole.  Soon after, that trade dress design on the aerosol can become immediately recognizable by consumers everywhere as being associated exclusively with the Barbasol brand.

10.     Today, nearly sixty (60) years later, while the design has evolved over the years, cans of Barbasol still bear an immediately recognizable trade dress reminiscent of a barber's pole.  Color photographs of the Barbasol Trade Dress are attached as **Exhibit A**.

11.     The fame of the Barbasol Trade Dress has been cemented in the minds of consumers for decades through the use of creative and memorable ad campaigns.

12.     Throughout the years, a number of famous spokesmen appeared in Barbasol ads, including Babe Ruth, Roger Hornsby and Knute Rockne.

13.     The Barbasol barber pole design motif has also appeared, throughout the years, on cars racing on the famous NASCAR circuit.

14.     The rich tradition and history of Barbasol have made it one of America's most iconic and recognizable brands.

15.     The Barbasol Trade Dress consists, in part, of the trademark "barber pole" design, which is comprised of seven alternating colored lines, with the two outer lines being very thin and the five inner lines being thicker.  The Original red and white trademark design is depicted on **Exhibit A**.

16.     The barber pole line design mark on cans of Barbasol is placed at an angle over a dark blue background.  A dark blue horizontal box cuts across the barber pole line design and contains the "type" of shaving cream in a white, all cap, font (i.e. "Original" or "Soothing Aloe").

17.     Above the barber pole line design mark, the brand name Barbasol appears, with the words "Thick & Rich Shaving Cream" immediately below it.

18.     As an additional element of the Barbasol Trade Dress, Perio uses differing colors to represent different types of shaving cream (i.e. red and white lines for "Original" and green and white lines for "Soothing Aloe").  Other than the color changes, the Barbasol Trade Dress is consistent throughout the Original Barbasol product line.  The Original and Soothing Aloe Barbasol products are depicted together in color in **Exhibit B**.

19.     A final element of the Barbasol Trade Dress appears right above the Barbasol brand name, with a rectangular, colored box in which the mark Beard Buster

1  appears. The background color of the rectangle is consistent with the color of the

2  stripes in the barber pole design.

3    20.    The claimed Barbasol Trade Dress consists entirely of non-functional

4  design elements.

5    21.    The Barbasol Trade Dress has been used extensively on product

6  packaging, and also featured prominently in print, television, and internet advertising.

7    22.    Annually, Perio spends over $3,000,000 on advertising the Barbasol

8  products which feature the Barbasol Trade Dress and the barber pole design mark.

9    23.    This extensive advertising on national media, including television, radio,

10  print and more, results in over two billion consumer impressions of the Barbasol

11  brand per year.

12    24.    This continued investment in the iconic brand maintains Barbasol's status

13  and cements the fame of the Barbasol Trade Dress.

14                          **99¢'S WRONGFUL ACTS**

15    25.    Defendant operates over 270 stores in Arizona, California, Nevada and

16  Texas which sell a variety of products, including shaving cream.

17    26.    Prior to the acts complained of herein, Defendant sold a 12.65 oz. can of

18  Barbasol in its stores.

19    27.    On or about December 11, 2008, Perio informed Defendant that, due to

20  cost increases, it had to raise the price charged to Defendant for the 12.65 oz. can of

21  Barbasol. Knowing that Defendant's business model required it to sell merchandise

22  for under a dollar, Perio offered to provide a smaller, 8.5 oz. can that could be sold at

23  retail under Defendant's pricing structure.

24    28.    Rather than carry the smaller can of Barbasol, Defendant decided to set

25  out and sell its own private label brand of shaving cream under the trademark Hälsa.

26  / / /

27  / / /

28

4

COMPLAINT FOR TRADEMARK INFRINGEMENT, FALSE DESIGNATION
OF ORIGIN, PASSING OFF AND UNFAIR COMPETITION
*Perio, Inc. v. 99¢ Only Stores*

29.    Unfortunately, rather than competing fairly in the market, Defendant decided to copy the Barbasol Trade Dress and the barber pole design mark for its new Hälsa shaving cream.

30.    The infringing trade dress on Defendant's shaving cream consists of a barber pole line design which is confusingly similar to the barber pole design mark. Defendant's barber pole design, like Perio's, consists of seven alternating colored lines, with the two outer lines being very thin and the five inner lines being thicker. Defendant's infringing products are depicted in the color photos attached as **Exhibit C**.

31.    Like the Barbasol Trade Dress, the barber pole line design in the infringing trade dress is placed at an angle – the only difference being that Defendant has bent the lines into the shape of a "V".

32.    Like the Barbasol Trade Dress, the infringing barber pole line design is placed over a dark blue background and a horizontal box cuts across the design to display the type of shaving cream in a white, all cap font (i.e. "Sensitive Skin" or "Regular").

33.    Where the Barbasol Trade Dress inserts the Barbasol brand name, the Defendant has placed the generic words "Shave Cream". Above those words, Defendant has inserted a rectangular design element with the words "Thick & Rich". The wording is reminiscent of the "Thick & Rich Shaving Cream" language on the Barbasol can and the rectangular element creates a continuity with the rectangular colored box in the Barbasol Trade Dress as it too is the same color of the barber pole stripes.

34.    One need only look at the infringing trade dress to know that Defendant intended to knock off and copy the Barbasol Trade Dress and barber pole design mark. A photo depicting the Barbasol products side by side with the infringing products is attached as **Exhibit D**.

35.    With little consumer research or development, Defendant has set out to replace the Barbasol line it used to carry with its own slavishly copied line of shaving cream.  In doing so, Defendant seeks a free ride on the goodwill of the Barbasol brand and the Barbasol Trade Dress and barber pole design mark, which has been developed and nurtured for decades.

36.    Given the success in the marketplace of Barbasol, it is not surprising to have imitators.  However, Defendant crossed well over the line from honest competition to unfair competition.  First, Defendant decided to copy the barber pole design mark.  Then, to further cement the intended association of Hälsa with Barbasol in the minds of consumers, Defendant wholesale copied other design elements of the Barbasol Trade Dress, such as the blue background and the rectangular features.

37.    Clearly, Defendant intended to make the Hälsa packaging look as similar to the Barbasol Trade Dress as possible.

## FACTS COMMON TO ALL CLAIMS

38.    In light of Perio's extensive advertising, promotion and marketing of Barbasol and the singular importance of the highly-distinctive Barbasol Trade Dress and barber pole design mark in promoting the Barbasol line of shaving cream, the Barbasol Trade Dress and barber pole design mark are associated in the minds of the public solely with Perio, so that the Barbasol Trade Dress and barber pole design mark are common law trademarks of Perio.

39.    Defendant's unauthorized use of trade dress and a barber pole design mark that are confusingly similar to the Barbasol Trade Dress and mark (collectively, the "Infringing Trade Dress") is solely for the purpose of trading off of the goodwill and consumer recognition of the Barbasol shaving cream line of products.

40.    When Defendant believed it could no longer carry the original Barbasol, it set out to intentionally copy the Barbasol Trade Dress and barber pole design mark so that its customers would be confused into purchasing the new product under the

6

COMPLAINT FOR TRADEMARK INFRINGEMENT, FALSE DESIGNATION
OF ORIGIN, PASSING OFF AND UNFAIR COMPETITION
*Perio, Inc. v. 99¢ Only Stores*

mistaken belief that it was associated with, or identical to, the Barbasol products, which is false.

## COUNT ONE

## INFRINGEMENT OF COMMON LAW TRADEMARKS
## UNDER 15 U.S.C. § 1125(a)(1)(A)

41.    Perio incorporates the allegations contained in paragraphs 1 through 40 as if fully restated herein.

42.    The commercial use of the Infringing Trade Dress by Defendant for promoting its Hälsa shaving cream is a willful infringement of Perio's common law trademark rights in the Barbasol Trade Dress and barber pole design mark, and such commercial use was with knowledge of and intended to trade off of Perio's prior rights to the Barbasol Trade Dress and barber pole design mark.

43.    Defendant's use of the Infringing Trade Dress creates a likelihood of confusion as to the affiliation, connection, association, sponsorship or endorsement by Perio in an appreciable number of shaving cream consumers and potential consumers.

44.    The goodwill of the Barbasol Trade Dress is of enormous value, and Perio is suffering, and will continue to suffer, irreparable harm should Defendant's unauthorized use of the Infringing Trade Dress continue.

45.    Defendant's use of the Infringing Trade Dress will continue unless enjoined by this Court.

46.    Perio is entitled to a preliminary and permanent injunction against Defendant, as well as other remedies available under the Lanham Act, including, but not limited to, compensatory damages, treble damages, disgorgement of profits, and costs and attorney fees.

/ / /

/ / /

/ / /

## COUNT TWO

## UNFAIR COMPETITION, FALSE DESIGNATION OF ORIGIN, PASSING OFF UNDER 15 U.S.C. § 1125(a)

47.    Perio incorporates the allegations contained in paragraphs 1 through 46 as if fully restated herein.

48.    Defendant's use of the Infringing Trade Dress to market its Hälsa shaving cream  will likely cause confusion, mistake or deception on the part of persons seeing the Hälsa product, as to the origin, sponsorship or approval by Perio of Defendant's knock-off shaving cream, all in violation of 15 U.S.C. Section 1125(a).

49.    Upon information and belief, Defendant's unfair competition, false designation of origin and passing off has been willful and deliberate, designed specifically to trade upon the consumer goodwill enjoyed by Perio.

50.    Perio's consumer goodwill is of enormous value, and Perio is suffering, and will continue to suffer, irreparable harm if Defendant's unfair competition, false designation of origin and passing off as to the Infringing Trade Dress is allowed to continue.

51.    Defendant's unfair competition, false designation of origin and passing off will likely continue unless enjoined by this Court.

52.    Perio is entitled to a preliminary and permanent injunction against Defendant, as well as all other remedies available under the Lanham Act, including but not limited to compensatory damages, treble damages, disgorgement of profits, and costs and attorney fees.

**WHEREFORE,** Perio requests that the Court order:

1.    The issuance of a preliminary injunction, and thereafter a permanent injunction enjoining Defendant, its divisions, agents and representatives, from using the Infringing Trade Dress or any other trade dress that is reminiscent of the Barbasol Trade Dress on any shaving products, or otherwise engaging in acts or conduct that

8

COMPLAINT FOR TRADEMARK INFRINGEMENT, FALSE DESIGNATION
OF ORIGIN, PASSING OFF AND UNFAIR COMPETITION
*Perio, Inc. v. 99¢ Only Stores*

would cause confusion as to the source, sponsorship or affiliation of the Barbasol Trade Dress or barber pole design mark;

2.    That Defendant deliver up to the Court for destruction all packaging, point of sale materials and advertising in its possession or under its control that utilizes the Infringing Trade Dress and that Defendant recall all inventories of Hälsa products bearing the Infringing Trade Dress and deliver up to the Court for destruction all such recalled packaging, point of sale materials and advertising;

3.    That Defendant pay compensatory and treble damages to Perio;

4.    That Defendant disgorge all profits realized from the sale of its Hälsa shaving cream line bearing the Infringing Trade Dress;

5.    That Defendant pay Perio's attorney fees, together with the costs of this suit, since this is an "exceptional case" as set forth in the Federal Trademark Act, 15 U.S.C. § 1117; and

6.    All other and further relief as may be just and equitable.

Dated: January 29, 2010          HOLME ROBERTS & OWEN LLP

By: _____

Adam Brezine
Katherine Keating
Attorneys for Plaintiff
PERIO, INC.

OF COUNSEL

Brian J. Downey (0069163)
Frost Brown Todd LLC
10 West Broad Street, Ste. 2300
Columbus, OH 43215
Telephone: (614) 464-1211
Facsimile: (614) 464-1737

9

EXHIBIT A



EXHIBIT B



EXHIBIT C




EXHIBIT D



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Otis D. Wright II and the assigned discovery Magistrate Judge is Rosalyn M. Chapman.

The case number on all documents filed with the Court should read as follows:

## CV10- 680 ODW (RCx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

====================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| **[X] Western Division** <br> 312 N. Spring St., Rm. G-8 <br> Los Angeles, CA 90012 | **[ ] Southern Division** <br> 411 West Fourth St., Rm. 1-053 <br> Santa Ana, CA 92701-4516 | **[ ] Eastern Division** <br> 3470 Twelfth St., Rm. 134 <br> Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

Adam Brezine (CA State Bar No. 220852)
Katherine Keating (CA State Bar No. 217908)
HOLME ROBERTS & OWEN LLP
800 West Olympic Boulevard, 4th Floor
Los Angeles, CA 90015
Telephone: (213) 572-4300
Facsimile:  (213) 572-4400

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Perio, Inc., | **CASE NUMBER** |
| **PLAINTIFF(S)** | CV10-00680-ODW(RC) |
| V. | |
| 99¢ Only Stores, | **SUMMONS** |
| **DEFENDANT(S).** | |

TO:DEFENDANT(S): _____

A lawsuit has been filed against you.

Within z ɩ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Holme Roberts & Owen LLP, whose address is 800 West Olympic Blvd., 4th Floor, Los Angeles, CA 90015. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: ___2 9 JAN 2010___

By: ___MARILYN DAVIS___
Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

American LegalNet, Inc.
www.USCourtForms.com

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)

Perio, Inc.

**DEFENDANTS**

99¢ Only Stores

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Adam Brezine (CA State Bar No. 220852)
HOLME ROBERTS & OWEN LLP
800 West Olympic Boulevard, 4th Floor
Los Angeles, CA 90015
Telephone: (213) 572-4300

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No   ☐ **MONEY DEMANDED IN COMPLAINT: $** _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

**VII. NATURE OF SUIT** (Place an X in one box only.)

OTHER STATUTES
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 890 Other Statutory Actions
☐ 891 Agricultural Act
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Info. Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

CONTRACT
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise
REAL PROPERTY
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

TORTS PERSONAL INJURY
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Fed. Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury-Med Malpractice
☐ 365 Personal Injury-Product Liability
☐ 368 Asbestos Personal Injury Product Liability
IMMIGRATION
☐ 462 Naturalization Application
☐ 463 Habeas Corpus-Alien Detainee
☐ 465 Other Immigration Actions

TORTS PERSONAL PROPERTY
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability
BANKRUPTCY
☐ 22 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157
CIVIL RIGHTS
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accommodations
☐ 444 Welfare
☐ 445 American with Disabilities – Employment
☐ 446 American with Disabilities – Other
☐ 440 Other Civil Rights

PRISONER PETITIONS
☐ 510 Motions to Vacate Sentence Habeas Corpus
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus/ Other
☐ 550 Civil Rights
☐ 555 Prison Condition
FORFEITURE / PENALTY
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R.& Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety /Health
☐ 690 Other

LABOR
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act
PROPERTY RIGHTS
☐ 820 Copyrights
☐ 830 Patent
☒ 840 Trademark
SOCIAL SECURITY
☐ 61 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW 405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))
FEDERAL TAX SUITS
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS-Third Party 26 USC 7609

**FOR OFFICE USE ONLY:** Case Number: CV10-00680

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CV-71 (05/08)   CIVIL COVER SHEET   Page 1 of 2

American LegalNet, Inc.
www.FormsWorkflow.com

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | Ohio |

(b)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles |  |

(c)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
   **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles |  |

* **Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _~signature~_    Date January 29, 2010
                                    Adam Brezine

   **Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3 -1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

American LegalNet, Inc.
www.FormsWorkflow.com