# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-680 ODW(RCx) | Date | March 19, 2010 |
|---|---|---|---|
| Title | Perio, Inc. v. 99 Cents Only Stores | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):** Order to Show Cause Re Dismissal for Failure to Comply with L.R. 3-1

On January 10, 2010 the Court gave notice to comply with L.R. 3-1 (see docket at [3]) within 10 days. As of this date, counsel have failed to comply.

Plaintiff is ordered to show cause in writing on or before **Friday, March 26, 2010** why this case should not be dismissed for failure to comply with L.R. 3-1, as indicated in the Court's Notice [3] issued January 29, 2010. The Court will accept as an appropriate response the submission of the form(s) indicated in the Court's Notice [3] issued January 29, 2010.

IT IS SO ORDERED.

| | : | 00 |
|---|---|---|
| | Initials of Preparer | RGN |